UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                              :

MALIBU MEDIA, LLC,                           :

                                                              :   Civil Action No. 1:18-cv-08698-VSB

            Plaintiff,         :

                vs.                       :

AAKARSH MISHRA,                           :

                      Defendant.      :
-----------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF AAKARSH MISHRA**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Aakarsh Mishra ("Defendant") from this action <u>without prejudice</u>.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  October 1, 2019

                                                             Respectfully Submitted,

                           By:    /s/ *Kevin T. Conway*
                                  Kevin T. Conway (KC-3347)
                                  80 Red Schoolhouse Road, Suite 110
                                  Spring Valley, NY 10977
                                  T: (845) 352-0206
                                  F: (845) 352-0481
                                  Email: ktcmalibu@gmail.com
                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Kevin T. Conway, Esq.
Kevin T. Conway, Esq.
